Andrew Roman Perrong, OSB No. 243320
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529

*Attorney for Plaintiff and the Proposed Class*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

| | |
|---|---|
| LEON WEINGRAD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CHW GROUP, INC.<br>d/b/a Choice Home Warranty,<br><br>Defendant. | Case No. 3:25-cv-00370-HZ |

### NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and LR 41-1, Plaintiff Leon Weingrad ("Plaintiff") respectfully notifies the Court that all claims alleged by Plaintiff against Defendant CHW Group, Inc., d/b/a Choice Home Warranty ("Defendant") in the above-captioned matter are voluntarily dismissed <u>without prejudice</u>, and respectfully requests that said dismissal automatically convert to a dismissal <u>with prejudice</u> as to Plaintiff's individual claims against Defendant within sixty (60) days hereof, (the class allegations would remain dismissed without prejudice).

Dated: July 3, 2025                                  Respectfully submitted,

                                                              By: /s/ Andrew R. Perrong
                                                                   Andrew Roman Perrong, OSB No. 243320
                                                                   a@perronglaw.com
                                                                   Perrong Law LLC
                                                                   2657 Mount Carmel Avenue
                                                                   Glenside, PA 19038
                                                                   215-225-5529

                                                                   *Attorneys for Plaintiff and the Putative Class*

**CERTIFICATE OF SERVICE**

    I, hereby certify that on July 3, 2025, I served the foregoing through the Court's CM/ECF system, which sent notice to all counsel of record.

                                    */s/ Andrew R. Perrong*
                                    Andrew R. Perrong